NATIONAL LABOR RELATIONS BOARD *v.* LOCAL
476, UNITED ASSOCIATION OF JOURNEYMEN
OF THE PLUMBING AND PIPEFITTING
INDUSTRY, AFL–CIO, ET AL.

No. 39.   Decided January 15, 1962.

*Solicitor General Rankin, Stuart Rothman, Dominick
L. Manoli* and *Norton J. Come* for petitioner.

*Martin F. O'Donoghue* for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted.   In
unfair labor practice proceedings before the National
Labor Relations Board respondents did not except to the
terms of an order directing them to cease and desist
from certain practices found to violate § 8 (b)(4)(A)
of the National Labor Relations Act, 29 U. S. C.
§ 158 (b)(4)(A), as regards the employees of a named
employer "or any other employer" where an object is
to force or require the named employer "or any other
employer or person" to cease doing business with a named
primary contractor.   The Court of Appeals in enforce-
ment proceedings modified the order, among other ways,
by striking the references to "any other employer" and to
"any other employer or person."   283 F. 2d 26.   The
judgment of the Court of Appeals is reversed and the case
is remanded with directions that a judgment be entered

which affirms and enforces the Board order after restoring these deleted provisions. *Labor Board* v. *Cheney California Lumber Co.,* 327 U. S. 385; § 10 (e), 49 Stat. 454, as amended, 29 U. S. C. § 160 (e). See also *Labor Board* v. *Ochoa Fertilizer Corp., ante,* p. 318.